MORGAN, LEWIS & BOCKIUS LLP
Arjun P. Rao (SBN 265347)
arjun.rao@morganlewis.com
Marcos D. Sasso (SBN 228905)
marcos.sasso@morganlewis.com
Kay Fitz-Patrick (SBN 252977)
kay.fitz-patrick@morganlewis.com
Blake Ackerman (SBN 353310)
blake.ackerman@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Tel: +1.310.907.1000
Fax: +1.310.907.1001

Attorneys for Defendant
BMW FINANCIAL SERVICES NA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MESTAS,<br><br>            Plaintiff,<br><br>    v.<br><br>BMW FINANCIAL SERVICES NA, LLC and DOES 1-10, inclusive,<br><br>            Defendant. | Case No. 2:25-cv-01519-PA-E<br><br>[Assigned to Hon. Percy Anderson]<br><br>**STIPULATION TO ARBITRATE AND STAY ACTION [PROPOSED] ORDER LODGED CONCURRENTLY]**<br><br>[[Proposed] Order lodged concurrently]<br><br>Removed: February 21, 2025 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

DB1/ 155773893.3

STIPULATION TO ARBITRATE AND
STAY ACTION
CASE NO. 2:25-CV-01519-PA-E

Defendant BMW Financial Services NA, LLC ("BMW FS") and plaintiff Steven Mestas ("Plaintiff") through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on February 21, 2025, BMW FS filed the Notice of Removal (ECF No. 1), removing this action from the Superior Court of California, County of Los Angeles, to the instant Court;

WHEREAS, on March 12, 2025, Plaintiff filed a First Amended Complaint (ECF No. 11);

WHEREAS, the Parties, through their counsel of record, have agreed and stipulated to stay this action and to submit the claims asserted in Plaintiff's First Amended Complaint and any counterclaims thereto to be asserted by BMW FS to binding individual arbitration with JAMS.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Plaintiff and BMW FS as follows

1. The parties shall submit all claims asserted in Plaintiff's First Amended Complaint and any counterclaims thereto to be asserted by BMW FS to arbitration with JAMS, pursuant to its Consumer Minimum Standards of Procedural Fairness.

2. This action shall be stayed pending completion of the arbitration.

3. The Court shall retain jurisdiction to enforce this stipulation and to confirm, modify, or vacate an award.

**IT IS SO STIPULATED.**

Dated: March 17, 2025                MORGAN, LEWIS & BOCKIUS LLP

By:      */s/ Kay Fitz-Patrick*
                Kay Fitz-Patrick

Attorneys for Defendant
BMW FINANCIAL SERVICES NA, LLC

Morgan, Lewis & Bockius LLP
Attorneys at Law
Century City

DB1/ 155773893.3

2

STIPULATION TO ARBITRATE AND STAY ACTION
CASE NO. 2:25-CV-01519-PA-E

Dated: March 17, 2025

LAW OFFICES OF BRANDON A. BLOCK, APC

By: */s/ Brandon A. Block*
Brandon A. Block

Attorneys for Plaintiff
STEVEN MESTAS

**Local Rule 5-4.3.4(a)(2)(i) Certification**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Kay Fitz-Patrick, hereby attest that Brandon Block, on whose behalf the filing is being submitted concurs in the filing and has authorized the filing.  /s/ Kay Fitz-Patrick

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

DB1/ 155773893.3

3

STIPULATION TO ARBITRATE AND STAY ACTION
CASE NO. 2:25-CV-01519-PA-E