1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEVEN MESTAS, | Case No. 2:25-cv-01519-PA-E |
| Plaintiff, | [Assigned to Hon. Percy Anderson] |
| v. | **[PROPOSED] ORDER GRANTING STIPULATION TO ARBITRATE AND STAY ACTION** |
| BMW FINANCIAL SERVICES NA, LLC and DOES 1-10, inclusive, | |
| Defendant. | |

Morgan, Lewis & Bockius LLP
Attorneys at Law
Century City

DB1/ 155782657.1

[PROPOSED] ORDER GRANTING STIPULATION TO ARBITRATE AND STAY ACTION
CASE NO. 2:25-CV-01519-PA-E

1    Having reviewed the Stipulation to Arbitrate and Stay Action ("Stipulation") field by Defendant BMW Financial Services NA, LLC ("BMW FS") and plaintiff Steven Mestas ("Plaintiff"), the Court hereby **GRANTS** the Stipulation and **ORDERS** as follows:  through their undersigned counsel, hereby stipulate as follows:

Plaintiff shall submit all claims against BMW FS to binding individual arbitration pursuant to the terms of the arbitration provision contained in the California Motor Vehicle Lease Agreement governing Plaintiff's lease with BMW FS.

All the dates on calendar in the action are VACATED, and the action is STAYED in its entirety pending completion of the arbitration.

The Parties shall submit a joint status report regarding the status of arbitration proceedings every three months, beginning on June 16, 2025.

**IT IS SO ORDERED.**

Dated: _____, 2025

Honorable Percy Anderson
Judge, United States District Court

Morgan, Lewis & Bockius LLP
Attorneys at Law
Century City

DB1/ 155782657.1

2

[PROPOSED] ORDER GRANTING STIPULATION TO ARBITRATE AND STAY ACTION
CASE NO. 2:25-CV-01519-PA-E