**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MESTAS, | Case No. CV 25-1519 PA (Ex) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| BMW FINANCIAL SERVICES NA, LLC, | |
| Defendant. | |

In accordance with the Court's July 7, 2025 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's March 17, 2025 Order, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: July 7, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE